IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:15cr33DPJ-FKB

ANTONIO ANDERSON   18 U.S.C. § 922(g)(1)

The Grand Jury charges:

That on or about October 28, 2014, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **ANTONIO ANDERSON**, having been convicted previously of a felony, that is, a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce a firearm, in violation of Sections 922(g)(1) and 924(a)(2), Title 18, United States Code.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of one or more of the offenses alleged in this indictment:

(1) One (1) Glock pistol, model 27, .40 caliber, SN: VVM753;

(2) One Springfield Armory pistol, 40 caliber, SN:US263590; and

(3) Any and all ammunition seized.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c).

_____
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 20th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE